In the Matter of WILLIAM R. PRAILEAU, Appellant, v POLLY HOYE, as Acting Schenectady County Court Judge, et al., Respondents.

Submitted December 20, 2010; decided February 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of SASHA B., a Child Alleged to be Neglected. ERICA B., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted January 3, 2011; decided February 10, 2011

Motion to dismiss appeal granted and appeal dismissed, without costs, upon the ground that the counsel assigned by the Appellate Division has never been able to locate or contact the appellant and, thus, the appellant did not authorize prosecution of this appeal.

FRANKLIN STRAUSS et al., Respondents, v HEMDA BILLIG, Defendant, and Third-Party Plaintiff. CASTLE VILLAGE OWNERS CORP., Third-Party Defendant-Appellant.

Submitted December 13, 2010; decided February 10, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.